In the Matter of the Appraisal of the Property of ALLEN C. BEACH, Deceased.

STATE TAX COMMISSION, Appellant; AMY B. EWERS, Individually and as Executrix, Respondent.

*Decedent's estate — transfer tax — when promissory note given by decedent to daughter valid obligation against estate.*

*Matter of Beach (Estate),* 199 App. Div. 901, affirmed.

(Argued February 27, 1922; decided March 14, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 5, 1921, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Allen C. Beach, deceased. The question was whether a promissory note given by decedent to his daughter was a valid obligation against the estate, founded upon an adequate consideration. The Appellate Division held that it was and that the amount thereof was exempt from transfer tax.

*William T. Plumb* for appellant.

*William De Graff* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.